UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

ROBERT LUTHER,

                        Plaintiff,

-against-

CHEMUNG CANAL TRUST COMPANY and
RONALD M. BENTLEY,

                        Defendants.

**STIPULATION OF DISCONTINUANCE**

**Civil Action No.
1:15-cv-247 (FJS/DJS)**

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is, discontinued with prejudice and on the merits, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

DATED:     September 17, 2015

DeGRAFF, FOY & KUNZ, LLP

By _____
George J. Szary, Esq.
*Attorneys for Plaintiff*
41 State Street
Albany, NY 12207

SAYLES & EVANS

By _____
Conrad R. Wolan, Esq.
*Attorneys for Defendants*
One West Church Street
Elmira, NY 14901

IT IS SO ORDERED:

_____
Frederick J. Scullin, Jr.
Senior U.S. District Judge

Dated: October 6, 2015
Syracuse, NY